**2009–2325. Pollis v. State.**
Trumbull App. No. 2008–T–0055, 2009-Ohio-5058. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2008–2502, *State v. Bodkye,* Huron App. No. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–2348. State v. Holliday.**
Delaware App. No. 2009CAA090074. On motion for leave to file delayed appeal. Motion denied.

Moyer, C.J., and Pfeifer and Cupp, JJ., dissent.

**2010–0003. State ex rel. N. Canton v. Bd. of Commrs. of Stark Cty.**
Stark App. No. 2009–CA–00132, 2009-Ohio-6942. On motion for stay of court of appeals' judgment. Motion granted.

O'Donnell and Lanzinger, JJ., dissent.

**2010–0018. State v. Moore.**
Cuyahoga App. No. 93839. On motion for appeal bond. Motion denied.

**2010–0030. State v. Stephens.**
Cuyahoga App. No. 92430, 2009-Ohio-6305. On motion for stay of court of appeals' judgment pending appeal or, in the alternative, to set bond. Motion denied.

**2010–0044. Summit Tree & Landscaping v. Stow Contracting, L.L.C.**
Summit App. No. 24515, 2009-Ohio-5794. On motion to extend stay issued by Summit County Court of Common Pleas. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2009–1619. State v. Ross.**
Summit App. No. 21906, 2009-Ohio-3561.

Pfeifer, J., dissents.

O'Connor, J., not participating.

**2009–1715. Geesaman v. St. Rita's Med. Ctr.**
Allen App. No. 1–08–65, 183 Ohio App.3d 555, 2009-Ohio-3931. Discretionary appeal of John Cox, D.O., accepted on Proposition of Law No. I.

Pfeifer, J., dissents.

Discretionary appeal of Lima Radiology Associates, Inc. not accepted.

Lundberg Stratton, J., dissents.

Motion to consolidate this case with 2009–2094, *Geesaman v. St. Rita's Med. Ctr.,* Allen App. No. 1–08–65, 183 Ohio App.3d 555, 2009-Ohio-3931, granted.

Pfeifer, Lanzinger, and Cupp, JJ., dissent.

**2009–1997. State v. Hodge.**
Hamilton App. No. C–080968.

Pfeifer, Lundberg Stratton, and Cupp, JJ., dissent.

**2009–1998. Ward v. Summa Health Sys.**
Summit App. No. 24567, 2009-Ohio-4859. Discretionary appeal of Robert Debski, M.D., accepted.

Moyer, C.J., and Pfeifer and Lanzinger, JJ., dissent.

Discretionary appeal of Summa Health System not accepted.

Lundberg Stratton, O'Donnell, and Cupp, JJ., dissent.